**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**EDNERE FRANCOIS,
ALIEN # A74-012-615,**

       **Petitioner,**

**vs.**                            **Case No. 4:08cv413-RH/WCS**

**MICHAEL B. MUKASEY,
ATTORNEY GENERAL OF THE
UNITED STATES, et al.,**

       **Respondents.**

_____/

**REPORT AND RECOMMENDATION**

    Petitioner, proceeding *pro se*, filed a petition seeking a writ of habeas corpus under § 2241 on September 15, 2008.  Doc. 1.  Respondents filed a response to the petition on December 10, 2008, asserting it should be denied because it was prematurely filed.  Doc. 14.  In response, Petitioner filed a document on January 9, 2009, titled as "motion to dismiss without prejudice."  Doc. 16.  The document was construed as a notice of voluntary dismissal, doc. 17, and Respondents given an opportunity to either object or stipulate to dismissal.  On January 23, 2009,

Respondents filed their response, indicating Respondents have no objection to dismissal of this action.

Rule 41(a)(1)(ii) provides that an action may be dismissed when all parties who have appeared stipulate to dismissal.  Since Respondents do not object to Petitioner's voluntary dismissal, their response, doc. 18, is deemed to be "a stipulation of dismissal . . . ."  FED. R. CIV. P. 41(a)(1).

Accordingly, it is **RECOMMENDED** that the stipulation of dismissal, filed pursuant to FED. R. CIV. P. 41(a)(ii), docs. 16 and 18, be **ACCEPTED** and the Clerk of Court be **DIRECTED** to administratively close this action.

**IN CHAMBERS** at Tallahassee, Florida, on January 27, 2009.


 s/      William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**