# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

EDNERE FRANCOIS,

     Petitioner,

v.                                         CASE NO. 4:08cv413-RH/WCS

MICHAEL B. MUKASEY,
et al.,

     Respondents.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 19). No objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk must enter judgment stating, "The complaint is DISMISSED without prejudice under Federal Rule of Civil Procedure 41(a)." The clerk must close the file.

    SO ORDERED on March 16, 2009.

                                                     s/Robert L. Hinkle
                                                     Chief United States District Judge